**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,
a Colorado resident,

Plaintiff,

v.

UNIVERSITY OF DENVER,
a Colorado non-profit corporation,

Defendant.

---

**STIPULATED FED. R. EVIDENCE 502(d) ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

*/s/ Jeanine M. Anderson*
Jeanine M. Anderson
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
(720) 506-1766

*Attorneys for Plaintiff*

*/s/ Renee Sheyko*
Renee Sheyko
Constangy Brooks, Smith & Prophete LLP
Dominion Towers
600 17th Street, Suite 2700-S
Denver, Colorado 80202
(720) 343-7533

*Attorneys for Defendant*

**SO ORDERED**

Dated: ____________________

______________________________
Hon. Kristen L. Mix
United States Magistrate Judge