**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,
a Colorado resident,

Plaintiff,

v.

UNIVERSITY OF DENVER,
a Colorado non-profit corporation,

Defendant.

---

**STIPULATED MOTION FOR ENTRY OF FED. R. EVIDENCE 502(d) ORDER**

---

Plaintiff, Benjamin Gerig ("Mr. Gerig"), and Defendant, the University of Denver (the "University"), through counsel, respectfully move the Court to enter an Order under Fed. R. Evidence 502(d). In support of this Motion, Mr. Gerig and the University (collectively, the "Parties") state the following:

**CERTIFICATE OF CONFERRAL**

On August 1, 2019, counsel for Mr. Gerig conferred with counsel for the University regarding this Motion, and is authorized to state that the University does not object to the relief requested herein.

1. On July 26, 2019, the Court issued the Scheduling Order in this matter which included an Addendum Order requiring the Parties to file a proposed Order under

F.R.E. 502(d) on or before August 2, 2019. (*See* Addendum to Scheduling Order, Doc. No. 18.)

2. The Parties agree and stipulate to the proposed F.R.E. 502(d) Order attached to this Motion as **Exhibit A**.

Accordingly, for the reasons stated above, the Parties respectfully request the Court to enter the proposed Stipulated F.R.E. 502(d) Order and adopt it as an order of the Court.

Respectfully submitted this 1st day of August, 2019.

*/s/ Jeanine M. Anderson*
Jeanine M. Anderson
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
(720) 506-1766

*Attorneys for Plaintiff*

*/s/ Renee Sheyko*
Renee Sheyko
Constangy Brooks, Smith & Prophete LLP
Dominion Towers
600 17th Street, Suite 2700-S
Denver, Colorado 80202
(720) 343-7533

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2019, a true and correct copy of the foregoing was served via the CM/ECF system on:

Jim Goh
Renee J. Sheyko
Constangy, Brooks, Smith & Prophete, LLP
600 17th Street, Suite 2700S
Denver, Colorado 80202
jgoh@constangy.com
rsheyko@constangy.com

*Attorneys for the Defendant*

s/ Tina X. Xu
Tina X. Xu