**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER**

---

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff, Benjamin L. Gerig, and Defendant, University of Denver (together, the "Parties"), by and through their respective attorneys of record, respectfully move the Court to enter a Protective Order concerning the discovery and use of confidential information in the above-captioned matter. As grounds for this Motion, the Parties state the following:

1. Discovery in this action will involve the disclosure of confidential, proprietary, and private information for which special protection from public disclosure and from use for any purpose other than prosecuting or defending against this litigation is warranted.

2. The confidential and proprietary material that may be produced in this action includes, but is not limited to: (a) personnel records of current or former employees of

Defendant; (b) confidential and proprietary business information of Defendant; and (c) personal and confidential information of Plaintiff.

3. This Protective Order is needed to ensure fair and efficient completion of discovery while protecting the Parties' and third-parties' rights in such confidential, sensitive information and minimizing judicial intervention in the discovery process.

4. A copy of the proposed Protective Order is attached as Exhibit A.

Accordingly, for the reasons stated above, the Parties respectfully request that the Court grant their Stipulated Motion for Entry of Protective Order.

Dated this 9th day of August, 2019.

*/s/ Jeanine M. Anderson*
Jeanine M. Anderson
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
(720) 506-1766

*Attorneys for Plaintiff*

*/s/ Renee Sheyko*
Renee Sheyko
Constangy Brooks, Smith &
Prophete LLP
Dominion Towers
600 17th Street, Suite 2700-S
Denver, Colorado 80202
(720) 343-7533

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2019, a true and correct copy of the foregoing was served via the CM/ECF system on:

Jim Goh
Renee J. Sheyko
Constangy, Brooks, Smith & Prophete, LLP
600 17th Street, Suite 2700S
Denver, Colorado 80202
jgoh@constangy.com
rsheyko@constangy.com

*Attorneys for the Defendant*

s/ Tina X. Xu
Tina X. Xu