IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00914-CMA-KLM

BENJAMIN L. GERIG, a Colorado resident,

Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado non-profit corporation,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#26] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#26-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: August 19, 2019