**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiff Benjamin Gerig ("Plaintiff") and Defendant University of Denver ("Defendant") (referred to jointly herein as the "Parties"), through their undersigned counsel, and pursuant to D.C. COLO.LCivR6.1 hereby jointly move the Court to amend the Scheduling Order and extend the fact discovery cutoff by fifty-nine (59) days, up through and including April 13, 2020. As grounds for this Motion, the Parties state as follows:

1. Plaintiff filed his Complaint (Dkt. 4) on March 27, 2019.
2. On July 26, 2020 a Scheduling Conference took place (Dkt. 17), where the Court ordered the following applicable deadline:
   - Joint Status Report regarding settlement efforts deadline: **April 1, 2020**
3. On July 26, 2020 the Court issued a Scheduling Order (Dkt. 18) in this case, setting forth the following applicable deadlines:
   - Deadline to serve Written Discovery: **December 31, 2019**

- Affirmative Expert Disclosure Cutoff: **February 3, 2020**
- Fact Discovery Cutoff: **February 14, 2020**
- Rebuttal Expert Disclosure Cutoff: **February 24, 2020**
- Expert Discovery Cutoff: **March 16, 2020**
- Dispositive Motion Deadline: **April 14, 2020**
- Rebuttal Expert Discovery Cutoff: **April 15, 2020**
- Final Pretrial Order: **September 1, 2020**
- Final Pretrial Conference: **September 8, 2020**

4. The Parties have been diligently engaging in discovery. Each party has exchanged their first set of Initial Disclosures, Written Discovery Requests, and Responses to Written Discovery Requests. Plaintiff's deposition is currently scheduled to take place on January 31, 2020.
5. Parties have been in communication in attempt to schedule depositions with Defendant's three 30(b)(6) designees. The upcoming holidays along with travel schedules have created limited availability in the number of dates for these depositions.
6. In addition, Plaintiff's counsel has requested the time to serve any needed written discovery requests after the conclusion of Plaintiff's deposition, which is currently set less than 45 days prior to the fact discovery cutoff.
7. For these reasons, the Parties jointly seek an extension of the fact discovery deadline by fifty-nine (59) days, making the new proposed deadlines as follows:

- Deadline to serve Written Discovery: **February 28, 2020**

- Affirmative Expert Disclosure Cutoff: **April 2, 2020**
- Fact Discovery Cutoff: **April 13, 2002**
- Rebuttal Expert Disclosure Cutoff: **April 23, 2020**
- Expert Discovery Cutoff: **May 14, 2020**
- Joint Status Report on Settlement Efforts: **June 1, 2020**
- Dispositive Motion Deadline: **June 12, 2020**
- Rebuttal Expert Witness Discovery Deadline: **June 15, 2020**

8. The deadlines set in the Scheduling Order for Final Pretrial Order and Final Pretrial Conference are unchanged by the Parties' request for extension of time set forth in this Motion.
9. The parties have not requested or received any extensions from the Court related to the relief requested herein.
10. Pursuant to D.C.COLO.LCivR6.1(c), the undersigned counsel certifies that a copy of this Motion is contemporaneously being served on the Plaintiff and the Defendant's representative.
11. No party will be prejudiced by the relief requested herein.
12. No trial date has yet been scheduled.

Dated this 4th of December, 2019.

ATTORNEYS FOR PLAINTIFF:

*/s/ Richard P. Barkley*
Jeanine M. Anderson
Richard P. Barkley
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Jeanine@AndersonBarkleyLaw.com
RichardBarkleyLaw@comcast.net

ATTORNEYS FOR DEFENDANT:

*/s/ Jim Goh*
Jim Goh
Renee Sheyko
Constangy, Brooks, Smith
& Prophete, LLP
600 17th Street, Suite 2700S
Denver, CO 80202
jgoh@constangy.com
rsheyko@constangy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th of December, 2019, I electronically filed the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jeanine M. Anderson
Jeanine@AndersonBarkleyLaw.com

Richard P. Barkley
richardbarkleylaw@comcast.net

*Attorneys for Plaintiff*

s/ Hannah Owen
***Hannah Owen,*** Paralegal