IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00914-CMA-KLM

BENJAMIN L. GERIG, a Colorado resident,

Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado non-profit corporation,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [#30] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. The deadline to serve written discovery is extended to **February 28, 2020**. The affirmative expert witness disclosure deadline is extended to **April 2, 2020**. The fact discovery cut-off is extended to **April 13, 2020**. The rebuttal expert witness disclosure deadline is extended to **April 23, 2020**. The affirmative expert discovery cut-off is extended to **May 14, 2020**. The deadline to file a joint status report on settlement efforts is extended to **June 1, 2020**. The dispositive motions deadline is extended to **June 12, 2020**. The rebuttal expert witness discovery cutoff is extended to **June 15, 2020**.

Dated: December 5, 2019