**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

## ENTRY OF APPEARANCE

---

Tina X. Xu, of the firm Anderson Barkley, LLC, enters her appearance in this case on behalf of Plaintiff, Benjamin Gerig.

Respectfully submitted this 28th day of January, 2020.

s/ Tina X. Xu
***Tina X. Xu***
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
(720) 506-1764
Tina@AndersonBarkleyLaw.com

Attorney for Plaintiff Benjamin Gerig

## CERTIFICATE OF SERVICE

The undersigned certify that on January 28, 2020 a true and correct copy of the foregoing was served via CM/ECF as follows:

Jim Goh
Renee J. Sheyko
Constangy, Brooks, Smith & Prophete, LLP
600 17th Street, Suite 2700S
Denver, Colorado 80202
jgoh@constangy.com
rsheyko@constangy.com

*Attorneys for the Defendant*

*s/ Tina X. Xu*
Tina X. Xu