**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DEPOSITIONS AND TO FILE DISPOSITIVE MOTIONS**

---

Plaintiff, Benjamin Gerig ("Plaintiff") and Defendant, University of Denver ("Defendant") (collectively, the "Parties"), through their undersigned counsel, and pursuant to D.C.COLO.LCivR 6.1 hereby jointly move the Court for: 1) an extension of time to allow the Parties to take depositions past the Fact Discovery Cut-Off of April 13, 2020, and complete all depositions on or before May 29, 2020; and 2) an extension of time, up to and including July 31, 2020, to file dispositive motions. In support of this Motion, the Parties state the following:

1. Following the Scheduling Conference on July 26, 2019, the Court issued its Scheduling Order (Dkt. 18) setting the discovery deadlines in this case as well as scheduling a Final Pretrial Conference.

2. On December 4, 2019, the Parties filed a Joint Motion to Amend/Correct/Modify the Scheduling Order (Dkt. 30) to extend the Fact Discovery Cut-

Off to April 13, 2020, and to modify all other relevant deadlines based on the requested Fact Discovery Cut-Off of April 13, 2020.

3. The Court then issued a Minute Order on December 5, 2019 (Dkt. 31), granting the Parties' Joint Motion to Amend/Correct/Modify the Scheduling Order and extended the Fact Discovery Cut-Off to April 13, 2020. The Minute Order also amended the deadline to file dispositive motions in this case to June 12, 2020.

4. Due to the COVID-19 pandemic and the quickly devolving situation surrounding the outbreak, and also in observance of the Stay-At-Home Executive Order issued by the Colorado State Governor, the Parties strongly feel it would be in the best interest of all Parties, deponents, and legal staff to postpone the taking of depositions until late April or May, past the April 13, 2020 Discovery Cut-Off.

5. The delay in completing depositions will necessitate an extension of time to file dispositive motions.

6. Aside from the deadline to complete all depositions and the deadline to file dispositive motions, all other upcoming discovery deadlines and motion due dates remain in effect.

7. The deadlines set in the Scheduling Order for the Final Pretrial Order and Final Pretrial Conference also remain unchanged.

8. This is the second request jointly made by the Parties for an extension of time regarding case deadlines.

9. The Parties will not be prejudiced by the relief requested herein.

10. No trial date has yet been scheduled.

11. Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Motion will be served contemporaneously on Plaintiff and the Defendant's representative.

ACCORDINGLY, the Parties jointly request that the Court grant: 1) an extension of time, up to and including May 29, 2020, to allow the Parties to complete depositions in this case; and 2) an extension of time to file dispositive motions, up to and including July 31, 2020.

Respectfully submitted this 30th day of March, 2020.

ATTORNEYS FOR PLAINTIFF:

*s/ Jeanine M. Anderson*

Jeanine M. Anderson
Richard P. Barkley
Tina X. Xu
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Jeanine@AndersonBarkleyLaw.com
RichardBarkleyLaw@comcast.net
Tina@AndersonBarkleyLaw.com

ATTORNEYS FOR DEFENDANT:

*s/ Jim Goh*

Jim Goh
Renee Sheyko
Constangy, Brooks, Smith
& Prophete, LLP
600 17th Street, Suite 2700S
Denver, Colorado 80202
JGoh@Constangy.com
RSheyko@Constangy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of March, 2020, a true and correct copy of the foregoing was served via the CM/ECF system on:

Jim Goh
Renee J. Sheyko
Constangy, Brooks, Smith & Prophete, LLP
600 17th Street, Suite 2700S
Denver, Colorado 80202
jgoh@constangy.com
rsheyko@constangy.com

*Attorneys for the Defendant*

*s/ Jeanine M. Anderson*
Jeanine M. Anderson