**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**THIRD JOINT MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiff Benjamin Gerig ("Plaintiff") and Defendant University of Denver ("Defendant") (collectively, the "Parties"), through their undersigned counsel, and pursuant to D.C.COLO.LCivR 6.1 hereby jointly move the Court for: 1) an extension of time to allow the Parties to take all depositions past the current deadlines of May 29, 2020 (for fact witnesses) and May 14, 2020 (for expert witnesses) to complete all depositions on or before August 27, 2020; and 2) an extension of time, up to and including October 29, 2020, to file dispositive motions. In support of this Motion, the Parties state the following:

1. Following the Scheduling Conference on July 26, 2019, the Court issued its Scheduling Order (Dkt. 18) setting the discovery deadlines in this case as well as scheduling a Final Pretrial Conference.

2. On December 4, 2019, the Parties filed a Joint Motion to Amend the Scheduling Order (Dkt. 30) to extend the Fact Discovery Cut-Off to April 13, 2020, and to

modify all other relevant deadlines based on the requested Fact Discovery Cut-Off of April 13, 2020. This Motion was granted by the Court in a Minute Order issued on December 5, 2019 (Dkt. 32). The Fact Discovery Cut-Off was extended to April 13, 2020. The affirmative expert discovery cut-off was extended to May 14, 2020. The deadline to file dispositive motions was extended to June 12, 2020.

3. On March 30, 2020, the Parties filed a Joint Motion for Extension of Time to Complete Depositions and to File Dispositive Motions (Dkt. 34) to extend the Fact Discovery Cut-Off and the Dispositive Motion Deadline.

4. On April 1, 2020 the Court issued a Minute Order (Dkt. 36) granting the Parties' Joint Motion for Extension of Time to Complete Depositions, extending the Fact Discovery Cut-Off to April 13, 2020 for the sole purpose of completing all depositions. The Minute Order also amended the deadline to file dispositive motions in this case to July 31, 2020.

5. Due to the extenuating circumstances of the COVID-19 pandemic and the continued safety concerns surrounding the infectious disease outbreak, and also in observance of the new Safer-At-Home Executive Order issued by the Colorado State Governor and the extension of the Denver Stay-at-Home Public Health Order, the Parties strongly feel it would be in the best interest and safety of all Parties, deponents, counsel, and legal staff to postpone the taking of all depositions until late July or August, past the current May 29, 2020 Discovery Cut-Off.

6. The delay in completing depositions will necessitate an extension of time to file dispositive motions.

7. Aside from the deadlines to complete all fact and expert depositions and the deadline to file dispositive motions, all other upcoming discovery deadlines and motion due dates remain in effect.

8. The deadlines set in the Scheduling Order for the Final Pretrial Order and Final Pretrial Conference also remain unchanged.

9. This is the third request jointly made by the Parties for an extension of time regarding case deadlines.

10. The Parties will not be prejudiced by the relief requested herein.

11. No trial date has yet been scheduled.

12. Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Motion will be served contemporaneously on Plaintiff and the Defendant's representative.

ACCORDINGLY, the Parties jointly request that the Court grant: 1) an extension of time to allow the Parties to take all fact and expert depositions on or before August 27, 2020; and 2) an extension of time, up to and including October 29, 2020, to file dispositive motions.

Respectfully submitted this 30th day of April, 2020.

ATTORNEYS FOR PLAINTIFF:

*s/ Jeanine M. Anderson*
Jeanine M. Anderson
Richard P. Barkley
Tina X. Xu
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Jeanine@AndersonBarkleyLaw.com
RichardBarkleyLaw@comcast.net
Tina@AndersonBarkleyLaw.com

ATTORNEYS FOR DEFENDANT:

*s/ Jim Goh*
Jim Goh
Renee Sheyko
Constangy, Brooks, Smith
& Prophete, LLP
600 17th Street, Suite 2700S
Denver, Colorado 80202
JGoh@Constangy.com
RSheyko@Constangy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th of April, 2020, I electronically filed the foregoing **THIRD JOINT MOTION TO AMEND SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jeanine M. Anderson
Jeanine@AndersonBarkleyLaw.com

Richard P. Barkley
richardbarkleylaw@comcast.net

Tina X. Xu
Tina@AndersonBarkleyLaw.com

*Attorneys for Plaintiff*

s/ Hannah Owen
***Hannah Owen,*** Paralegal