IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00914-CMA-KLM

BENJAMIN L. GERIG, a Colorado resident,

Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado non-profit corporation,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Third Joint Motion to Amend Scheduling Order** [#37] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. The discovery cut-off is extended to **August 27, 2020**, for the sole purpose of completing all depositions. The dispositive motions deadline is extended to **October 29, 2020**.

Dated: May 4, 2020