**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

---

Pursuant to D.C.COLO.LAttyR 5(b), Tina X. Xu ("Plaintiff Counsel"), of the firm Anderson Barkley, LLC, respectfully moves the Court for leave to withdraw as counsel of record for Plaintiff, Benjamin Gerig ("Mr. Gerig"). In support of this Unopposed Motion, Plaintiff Counsel states the following:

**D.C.COLO.L.Civ.R. 7.1(a) CERTIFICATE OF CONFERRAL**

Plaintiff Counsel conferred with counsel for Defendant, the University of Denver (the "University"), on July 13, 2020, and is authorized the state that the University does not oppose the relief requested in this Motion.

1. Plaintiff Counsel recently resigned as associate attorney for the firm, Anderson Barkley, LLC.

2. Because of her resignation, Plaintiff Counsel must withdraw from all active cases in which she had entered her appearance on behalf of clients of the firm, Anderson Barkley, LLC.

3. Richard P. Barkley and Jeanine M. Anderson of the firm, Anderson Barkley, LLC, will continue to represent Mr. Gerig in this matter.

4. Plaintiff Counsel has provided Mr. Gerig with actual notice of her withdrawal and a copy of this Motion shall be served on Mr. Gerig contemporaneously with its filing.

5. Neither party will be prejudiced by the relief requested herein.

ACCORDINGLY, pursuant to D.C.COLO.LAttyR 5(b), Plaintiff Counsel respectfully requests that the Court provide her leave to withdraw as counsel of record for Plaintiff, Benjamin Gerig, in the above-captioned case.

Respectfully submitted this 13th day of July, 2020.

s/ Tina X. Xu
***Tina X. Xu***
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
(720) 506-1764
Tina@AndersonBarkleyLaw.com

Attorney for Plaintiff Benjamin Gerig

## CERTIFICATE OF SERVICE

The undersigned certify that on July 13, 2020 a true and correct copy of the foregoing was served via CM/ECF and email as follows:

Jim Goh
Renee J. Sheyko
Constangy, Brooks, Smith & Prophete, LLP
600 17th Street, Suite 2700S
Denver, Colorado 80202
jgoh@constangy.com
rsheyko@constangy.com

*Attorneys for the Defendant*

Benjamin Gerig
ben.gerig@gmail.com

*Plaintiff*

*s/ Tina X. Xu*
Tina X. Xu