IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

Civil Action:19-cv-00914-CMA-KLM
Date: July 20, 2020

FTR - Reporter Deck - Courtroom A401
Courtroom Deputy: Laura Galera

| *Parties:* | *Counsel:* |
| --- | --- |
| BENJAMIN L. GERIG, | Richard Barkley |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF DENVER, | Renee Sheyko |
| Defendant. | |

**AMENDED COURTROOM MINUTES**

**TELEPHONIC DISCOVERY HEARING**
**Court in session: 1:32 p.m.**

Court calls case. Appearances of counsel.

Discovery Hearing is called regarding Plaintiff's's oral Motion to Compel Production of a Document listed on Defendant's Privilege Log (the "Motion").

For the reasons stated on the record, it is:

**ORDERED:** Plaintiff's's oral Motion to Compel Production of a Document listed on Defendant's Privilege Log is GRANTED. **Defendant shall produce the document in question no later than close of business on July 21, 2020.**

HEARING CONCLUDED.
**Court in recess: 2:09 p.m.**
Total Time: 00:37

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.