**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**UNOPPOSED MOTION TO WITHDRAW**

---

Pursuant to D.C.COLO.LAttyR 5(b), Renee Sheyko of the law firm of Constangy, Brooks, Smith & Prophete, LLP hereby moves the Court for an Order permitting her to withdraw from representation of Defendant University of Denver ("Defendant") in the above-captioned case. As grounds therefore, Ms. Sheyko states as follows:

1. Ms. Sheyko entered an appearance on behalf of Defendant as an attorney at Constangy, Brooks, Smith & Prophete, LLP on May 15, 2019 (Dkt. # 10).
2. Ms. Sheyko has resigned from the law firm of Constangy, Brooks, Smith & Prophete, LLP.
3. Defendant shall continue to be represented in this matter by Jim Goh of Constangy, Brooks, Smith & Prophete, LLP.
4. Defendant's counsel conferred with Plaintiff's counsel and is authorized to state that Plaintiff does not oppose this Motion.

Dated this 3rd day of August, 2020.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ Renee Sheyko*
Renee Sheyko
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720.343.7533
Facsimile: 720.343.7559
rsheyko@constangy.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jeanine M. Anderson
Jeanine@AndersonBarkleyLaw.com

Richard P. Barkley
richardbarkleylaw@comcast.net

*Attorneys for Plaintiff*

s/ Hannah Owen
***Hannah Owen,*** Paralegal