IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00914-CMA-KLM

BENJAMIN L. GERIG, a Colorado resident,

Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado non-profit corporation,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a disputed discovery issue regarding a deposition.

IT IS HEREBY **ORDERED** that a Discovery Hearing is scheduled for **October 7, 2020**, at **3:00 p.m.**

IT IS FURTHER **ORDERED** that, in accordance with efforts to minimize the spread of COVID-19, **all** counsel or parties who wish to participate in, or members of the public who wish to listen into, the hearing shall do so by TELEPHONE by calling the Court at **888-363-4749**, Access Code: **2115325#**, at the time of the hearing.

Please note that **any materials provided to the court within 48 hours of a discovery hearing SHALL NOT BE ACCEPTED OR REVIEWED unless the Court specifically orders otherwise.**

Dated: September 25, 2020