**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**SUPPLEMENTAL JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS**

---

Plaintiff, Benjamin Gerig ("Plaintiff") and Defendant, University of Denver ("Defendant") (collectively, the "Parties"), through their undersigned counsel, and in accordance with the Order issued on June 2nd, 2020, hereby submit the following supplemental joint status report regarding the Parties' settlement efforts ("Supplemental Joint Status Report"):

1. Following the Scheduling Conference on July 26, 2019, the Court issued its Scheduling Order (Dkt. 18) which contained an Addendum requiring the Parties to file a "joint status report explaining in detail their efforts to settle the case on or before April 1, 2020." (Scheduling Order at 16, ¶ 4.)

2. On December 4, 2019, the Parties filed a Joint Motion to Amend the Scheduling Order ("Joint Motion") (Dkt. 30), requesting, among other things, to extend the deadline to file the Joint Status Report to June 1, 2020.

3. The Court then issued a Minute Order on December 5, 2019 (Dkt. 31), granting the Parties' Joint Motion and extending the deadline to file the Joint Status Report to June 1, 2020.

4. Due to the COVID-19 pandemic, the Parties then filed a second Joint Motion for an Extension of Time to Complete Depositions and to File Dispositive Motions ("Second Joint Motion") (Dkt. 34), seeking to extend the fact discovery cut-off date to May 29, 2020 for the sole purpose of completing all depositions, and to extend the deadline to submit dispositive motions to July 31, 2020.

5. The Court granted the Second Joint Motion on April 1, 2020 (Dkt. 36) and the requested extensions of time.

6. On April 30, 2020, the Parties filed a Third Joint Motion to Amend the Scheduling Order ("Third Joint Motion") (Dkt. 37), requesting an additional modification of the deadline to complete all depositions, up to and including August 27, 2020, and the deadline to file dispositive motions, up to and including October 29, 2020.

7. The Court issued a Minute Order on May 4, 2020, granting the Third Joint Motion and extending the deadline to complete all depositions to August 27, 2020 and the deadline to file dispositive motions to October 29, 2020.

8. On June 1, 2020, in order to allow time for the Parties to complete all depositions and engage in a discussion regarding settlement, the Parties filed a Joint Status Report (Dkt. 40) requesting that the Court permit them leave to file a supplemental Joint Status Report regarding the Parties' settlement efforts on or before September 30, 2020.

9. The Court issued an Order on June 2, 2020 (Dkt. 41), permitting the parties to file a supplemental Joint Settlement Status Report on or before September 30, 2020.

10. The Parties have since conferred and have decided to mediate Plaintiff's claims. Both Parties are currently working to schedule the mediation as soon as possible.

Respectfully submitted this 30th day of September, 2020.

ATTORNEYS FOR PLAINTIFF:

*s/ Jeanine M. Anderson*
Jeanine M. Anderson
Richard P. Barkley
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Jeanine@AndersonBarkleyLaw.com
RichardBarkleyLaw@comcast.net

ATTORNEYS FOR DEFENDANT:

*s/ Jim Goh*
Jim Goh
E. Rayner Mangum
Constangy, Brooks, Smith
& Prophete, LLP
600 17th Street, Suite 2700S
Denver, Colorado 80202
JGoh@Constangy.com
RMangum@Constangy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2020, a true and correct copy of the foregoing was served via the CM/ECF system on:

Jim Goh
E. Rayner Mangum
Constangy, Brooks, Smith & Prophete, LLP
600 17th Street, Suite 2700S
Denver, Colorado 80202
jgoh@constangy.com
rmangum@constangy.com

*Attorneys for the Defendant*

*s/ Jeanine M. Anderson*
Jeanine M. Anderson