IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

Civil Action:19-cv-00914-KLM
Date: October 7, 2020

FTR - Reporter Deck - Courtroom A401
Courtroom Deputy: Laura Galera

| *Parties:* | *Counsel:* |
|---|---|
| BENJAMIN L. GERIG, | Jeanine Anderson |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF DENVER, | Erin Mangum |
| Defendant. | |

**COURTROOM MINUTES**

**TELEPHONIC DISCOVERY HEARING**
**Court in session: 3:03 p.m.**

Court calls case. Appearances of counsel.

Discovery Hearing is called regarding Plaintiff's oral Motion to Compel the Deposition of Elizabeth Cha in her personal capacity (the "Motion").

Argument by counsel.

For the reasons stated on the record, it is:

**ORDERED:** Plaintiff's oral Motion to Compel the Deposition of Elizabeth Cha in her personal capacity is **DENIED.**

HEARING CONCLUDED.
**Court in recess: 3:17 p.m.**
Total Time: 00:14

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.