**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**DEFENDANT'S UNOPPOSED FOURTH MOTION TO AMEND THE SCHEDULING ORDER**

---

Defendant University of Denver ("DU"), through its attorneys Constangy, Brooks, Smith & Prophete, LLP, and pursuant to D.C. COLO.LCivR 6.1 hereby respectfully moves the Court to amend the Scheduling Order and extend the dispositive motion deadline by five (5) days, up through and including November 3, 2020. Pursuant to D.C.COLO.LCivR 7.1(a), defense counsel conferred with Plaintiff's counsel with respect to this Motion. Plaintiff does not oppose this Motion.

In support of this Motion, DU states the following:

1. Following the Scheduling Conference on July 26, 2019, the Court issued a Scheduling Order (Dkt. 18) setting the dispositive motion deadline for April 14, 2020.

2. On December 4, 2019, the Parties filed a Joint Motion to Amend the Scheduling Order (Dkt. 30) to extend the Fact Discovery Cut-Off and to modify all other relevant deadlines based on the requested Fact Discovery Cut-Off. This Motion was

granted by the Court in a Minute Order issued on December 5, 2019 (Dkt. 32) which extended the deadline to file dispositive motions until June 12, 2020.

2. On March 30, 2020, the Parties filed a Second Joint Motion for Extension of Time to Complete Depositions and to File Dispositive Motions (Dkt. 34).

3. On April 1, 2020 the Court issued a Minute Order (Dkt. 36) granting the Parties' Joint Motion for Extension of Time to Complete Depositions, extending the Fact Discovery Cut-Off and amending the deadline to file dispositive motions until July 31, 2020.

4. On April 30, 2020, a Third Joint Motion to Amend the Scheduling Order was filed (Dkt. 37) requesting the dispositive motion deadline be extended to October 29, 2020. This Motion was granted by the Court on May 4, 2020 (Dkt. 39).

5. DU's current deadline to file its dispositive motion is October 29, 2020.

6. Defense counsel has been working diligently to draft its dispositive motion but is in need of a few additional days to complete the motion. Plaintiff recently filed a Petition for Review of Order by Magistrate Judge Kristen L. Mix Denying Motion to Compel Deposition of Elizabeth Cha (Dkt. 67). Defense counsel is working to prepare a response to the petition Plaintiff filed while also preparing the motion for summary judgment. Defense counsel is also in the middle of summary judgment briefing in a separate case, *Robinson v. University of Denver*, Case No. 1:19-cv-03196, pending in the District of Colorado.

7. For this reason, DU respectfully requests an additional five (5) days to file its dispositive motion, up through and including November 3, 2020.

8. This is the fourth extension request relating to the dispositive motion deadline, though the previous requests were primarily aimed at extending the discovery cut-off date for the purpose of completing depositions.

9. No party will be prejudiced by the relief requested herein.

10. No other deadlines will be affected by this extension.

11. A 5-day trial has been set to begin on January 11, 2021.

12. Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Motion will be served contemporaneously on the Defendant's representative.

Dated this 28th of October, 2020.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ Rayner Mangum*
Jim Goh
Rayner Mangum
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720.343.7560
Facsimile: 720.343.7559
jgoh@constangy.com
rmangum@constangy.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th of October, 2020, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED FOURTH MOTION TO AMEND THE SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jeanine M. Anderson
Jeanine@AndersonBarkleyLaw.com

Richard P. Barkley
richardbarkleylaw@comcast.net

*Attorneys for Plaintiff*

s/ Hannah Owen
***Hannah Owen,*** Paralegal



7046345v.1