IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00914-CMA-KLM

BENJAMIN L. GERIG, a Colorado resident,

Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado non-profit corporation,

Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Fourth Motion to Amend the Scheduling Order** [#68] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#68] is **GRANTED**. The dispositive motion deadline is extended to **November 3, 2020**.

Dated: October 29, 2020