**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

## JOINT NOTICE OF SETTLEMENT

---

Plaintiff, Benjamin Gerig ("Mr. Gerig"), and Defendant, University of Denver ("the University"), (collectively, the "Parties"), through their attorneys, hereby submit this Notice of Settlement and state as follows:

1. On December 10, 2020, the Parties came to a full and final settlement of all disputed issues in this matter, including all outstanding matters, motions, and claims.

2. The settlement terms are to be completed within fifteen calendar days of finalizing the agreement: on or before December 28, 2020.

3. The Parties agree to file a Stipulated Motion for Dismissal with Prejudice upon completion of the settlement terms and within seven days from December 28, 2020.

4. The Parties respectfully request that the Court vacate the pretrial conference set for Tuesday, January 5, 2020, at 4:00pm and the five-day jury trial scheduled to begin on Monday, January 11, 2021.

Respectfully submitted this 17th day of December, 2020.

*/s/ Jeanine M. Anderson*
Jeanine M. Anderson, Esq.
Richard P. Barkley, Esq.
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
richard@andersonbarkleylaw.com
jeanine@andersonbarkleylaw.com

*Attorneys for Plaintiff*

*/s/ Jim Goh*
Jim Goh
E. Rayner Mangum
Constangy, Brooks, Smith and Prophete LLP.
600 17th Street, Suite 2700s
Denver, CO 80202
jgoh@constangy.com
rmangum@constangy.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December, 2020, a true and correct copy of the foregoing was served via the CM/ECF system on:

Jim Goh
E. Rayner Mangum
Constangy, Brooks, Smith & Prophete, LLP
600 17th Street, Suite 2700S
Denver, Colorado 80202
jgoh@constangy.com
rmangum@constangy.com

*Attorneys for the Defendant*

*s/ Jeanine M. Anderson*
Jeanine M. Anderson