**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00914-CMA-KLM

BENJAMIN L. GERIG,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Benjamin L. Gerig and Defendant University of Denver, jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice, as the parties have reached a resolution. Each party will bear their own attorney fees and costs.

Dated this 20th of January, 2021.

ATTORNEYS FOR PLAINTIFF:

*/s/ Jeanine M. Anderson*
Jeanine M. Anderson
Richard P. Barkley
Anderson Barkley, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Jeanine@AndersonBarkleyLaw.com
RichardBarkleyLaw@comcast.net

ATTORNEYS FOR DEFENDANT:

*/s/ Jim Goh*
Jim Goh
E. Rayner Mangum
Constangy, Brooks, Smith
& Prophete, LLP
600 17th Street, Suite 2700S
Denver, CO 80202
jgoh@constangy.com
rmangum@constangy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th of January, 2021, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jeanine M. Anderson
Jeanine@AndersonBarkleyLaw.com

Richard P. Barkley
richardbarkleylaw@comcast.net

*Attorneys for Plaintiff*

s/ Hannah Owen
***Hannah Owen,*** Paralegal